## COMMONWEALTH v. JOHN M. PHIPPS.

**Grand Jury—Qualification—Civil Officer—Processioner Disqualified.**

A processioner of land is a civil officer and is therefore disqualified to sit on a grand jury.

### APPEAL FROM MAGOFFIN CIRCUIT COURT.

June 4, 1872.

OPINION BY JUDGE LINDSAY:

One of the reasons for which an indictment may be set aside is a substantial error in the summoning or formation of the grand jury. Criminal Code, Section 159.

Section 1, Article 1, Chapter 55, Revised Statutes, provides that a civil officer shall not be competent to serve upon a grand jury.

A processioner of lands is a civil officer. R. S., Chapter 60, Section 2.

As one of the grand jurors finding the indictment in this case was a processioner of lands, the court did not err in setting said indictment aside.

Judgment affirmed.

*Attorney-General, for appellant.*